UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DIANA LAWTON,                                   Court File No.  0:21-cv-02135-ECT-DTS

        Plaintiff,

  v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

        Defendant.

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY

PLEASE TAKE NOTICE, Plaintiff, Diana Lawton, and Defendant, The Prudential Insurance Company of America (jointly the "parties"), by and through the undersigned counsel, file this Joint Notice of Settlement in this case and request for stay of all pending deadlines for sixty (60) days. The parties inform the Court that this case has been settled and that they intend on filing their Joint Stipulation of Dismissal with Prejudice with the Court on a timely basis.

| | |
|---|---|
| **Dated: March 25, 2022** | **Dated: March 25, 2022** |
| By: */s/ Zach Erickson (with permission)* | By: */s/ Matthew A. Clabots* |
| Zach Erickson<br>FIELDS LAW FIRM<br>9999 Wayzata Blvd<br>Minnetonka, MN 55305<br>Office: 612-370-1511<br>zerickson@Fieldslaw.com<br><br>*Counsel for Plaintiff*<br>*Diana Lawton* | Samuel Schwartz-Fenwick (admitted *pro hac vice*)<br>Matthew A. Clabots (admitted *pro hac vice*)<br>SEYFARTH SHAW LLP<br>233 S. Wacker Drive<br>Suite 8000<br>Chicago, IL 60606<br>312-460-5000<br>Fax: 312-460-7000<br>Email: sschwartz-fenwick@seyfarth.com<br>Email: mclabots@seyfarth.com<br><br>Barbara P Berens<br>Berens & Miller, PA<br>80 S 8th St Ste 3720<br>Minneapolis, MN 55402<br>612-349-6171<br>Email: bberens@berensmiller.com<br><br>*Counsel for Defendant The Prudential Insurance Company of America* |