UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Diana Lawton, | File No. 21-cv-2135 (ECT/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| The Prudential Insurance Company of America, | |
| Defendant. | |

---

Pursuant to the Joint Stipulation of Dismissal with Prejudice [ECF No. 16] entered into by the parties, **IT IS ORDERED** that this action is **DISMISSED** with prejudice and without costs, disbursements, or attorneys' fees to either party.

Dated: April 28, 2022

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court